UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 40679
    GEORGE J GNIADEK
    ARLENE L GNIADEK                       CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

           Debtor
    SSN XXX-XX-4469     SSN XXX-XX-7111
```

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/02/04 and confirmed on 12/17/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  28620.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN FAMILY FINANCIA | SECURED | .00 | .00 | .00 |
| BANKFINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| CITIFINANCIAL SERVICES | SECURED VEHIC | 2500.00 | 36.67 | 2500.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13139.48 | .00 | 5255.79 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8853.76 | .00 | 3541.50 |
| ECAST SETTLEMENT CORP | UNSECURED | 436.73 | .00 | 174.69 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3096.58 | .00 | 1238.63 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3226.88 | .00 | 1290.75 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5515.71 | .00 | 2206.28 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3191.39 | .00 | 1276.56 |
| KOHLS | UNSECURED | 1157.22 | .00 | 462.89 |
| NATIONWIDE CREDIT INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3994.15 | .00 | 1597.66 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4472.54 | .00 | 1789.02 |
| US BANK | UNSECURED | .00 | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 1051.57 | .00 | 420.63 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL SERVICES | UNSECURED | 2600.12 | .00 | 1040.05 |
| US BANK | UNSECURED | 5067.89 | .00 | 2027.16 |

      Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2500.00 | .00 | 55804.02 | .00 | 58304.02 |

```
PRINCIPAL PAID           2500.00        .00     22321.61        .00     24821.61
INTEREST PAID              36.67        .00          .00        .00        36.67
TOTAL PAID               2536.67        .00     22321.61        .00     24858.28
```

The Debtor's attorney, GREENBERG & ASSOC                    , was allowed $   2700.00
and was paid $    200.00  direct and $    2500.00  through the plan.

The Trustee received $   1259.43 .

Refunds to the Debtor totaled $       2.29 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


  Dated: 03/13/09                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE